## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FAIR HOUSING RIGHTS CENTER       :
IN SOUTHEASTERN PENNSYLVANIA,   :
                                 :
       Plaintiff,                :       CIVIL ACTION
                                 :
       vs.                       :       NO.: 2:20-cv-02412
                                 :
SJ LOFTS, LLC, et., al.          :
                                 :
       Defendants.               :
                                 :

**JOINDER COMPLAINT OF DEFENDANTS
LION CONSTRUCTION, STREAMLINE COMMERCIAL
CONSTRUCTION LLC, STREAMLINE CONSTRUCTION
MANAGEMENT LIMITED LIABILITY COMPANY AND MICHAEL
STILLWELL'S AGAINST BSF ELECTRICAL CONTRACTORS LLC
d/b/a PRIME ELECTRICAL SERVICES, SFB WIRING SYSTEMS, LLC, ETNA
CORPORATIONS, ETNA CONSTRUCTION AND HARMAN DEUTSCH CORP.**

Defendants Lion Construction, LLC, Streamline Commercial Construction LLC d/b/a Streamline Philly Construction LLC, Streamline Construction Management Limited Liability Company, and Michael Stillwell's (collectively, "Joining Defendants"), by and through their counsel, hereby files this Joinder Complaint against Additional Defendants BSF Electrical Contractors LLC d/b/a Prime Electrical Services ("BSF"), SFB Wiring Systems, LLC ("SFB"), ETNA Corporations ("ETNA Corporations"), ETNA Construction ("ETNA Construction") and Harman Deutsch Corp., ("Harman") (collectively, "Additional Defendants"), pursuant to F.R.C.P. 20 and, in support thereof state as follows:

1. On May 22, 2020, Plaintiff filed its original complaint against SJ Lofts and Lion Construction LLC.

1

2.      On June 24, 2020, Lion Construction, LLC filed an answer.

3.      Thereafter, On December 17, 2020, Plaintiff filed a First Amended Complaint against SJ Lofts, Streamline Commercial Construction LLC d/b/a Streamline Philly Construction LLC, Streamline Construction Management Limited Liability Company, and Michael Stillwell.

4.      Prior to any defendant filing a response to the First Amended Complaint, on January 4, 2021, Plaintiff filed a Second Amended Complaint.

5.      Plaintiff's Second Amended Complaint asserts that defendants SJ Lofts, LLC, Lion Construction, LLC, Streamline Commercial Construction LLC d/b/a Streamline Philly Construction LLC, Streamline Construction Management Limited Liability Company, and Michael Stillwell violated the Fair Housing Act, 42 U.S.C. § 3601. *et seq.*

6.      On February 11, 2021, Defendant Lion Construction, LLC filed an answer to Plaintiff's Second Amended Complaint and on or about February 16, 2021, defendants Streamline Commercial Construction LLC d/b/a Streamline Philly Construction LLC, Streamline Construction Management Limited Liability Company, and Michael Stillwell filed a motion to dismiss.

7.      As of the filing of this Joinder Complaint, SJ Lofts has yet to file a response to Plaintiff's Second Amended Complaint.

8.      Plaintiff alleges, in the Second Amended Complaint, that  all defendants "unlawfully developed and constructed the Michener Lofts, a residential apartment building in Philadelphia, Pennsylvania…in a way that builds into both individual units and common areas certain barriers to persons with mobility impairments, thereby

2

preventing persons with mobility impairments from residence in, and/or equal and full enjoyment of, Michener Lofts" and that "[d]efendants' design and construction of Michener Lofts violates the FHA." *See* Second Amended Complaint, ¶¶1 and 3.[1]

9.      Plaintiff further asserts that in or around September 2018, it "sent a tester to Michener Lofts to assess both the accessibility of its apartments to people with disabilities and the compliance Michener Lofts with the design and construction requirements of the FHA" and that during this visit the "tester identified various violations of FHA requirements for accessible design and construction." *See* Second Amended Complaint, ¶¶43 and 44.

10.      The Second Amended Complaint alleges the following specific violations of the FHA:

- the tester determined that the thermostat in a surveyed unit was located 55 inches above the floor rather than the maximum of 48 inches permitted.

- The tester also determined that the door from the Michener Lofts common area to the balcony is 23 inches wide, which does not comply with the FFHAG and is too narrow for use by people who use wheelchairs.

- Similarly, the tester found there was insufficient clear floor space outside the swing of the door in the bathroom of the surveyed unit, such that a person using a wheelchair might be unable to access the bathroom, in violation of the FFHAG.
- Additionally, the tester determined that electrical outlets in the Michener Lofts common area were lower than the permitted minimum height of 15 inches, as set forth in the FFHAG.

*See* Second Amended Complaint, ¶¶ 45-48.

11.      At all relevant times hereto, Additional Defendants provided design and/or construction services at the Michener Lofts and were specifically involved in the design

---

[1] The following recitation derives from Plaintiff's Second Amended Complaint. No admission of fact is intended or should be inferred from this recital. The allegations of the complaint are set forth above solely for purposes of testing the legal sufficiency of Plaintiff's claims on this Motion to Dismiss.

and/or construction of the areas alleged to be in violation of the Fair Housing Act in Plaintiff's Second Amended Complaint.

12.    Harman is a corporation with a primary address of 1225 N. 7th Street, Philadelphia, PA 19122.

13.    Harman is a service-oriented architecture and design firm rooted in development, catering to property investors, builders, and developers.

14.    Harman's objective is to design custom architecture using cost-effective, readily available materials in unique and creative ways.

15.    At all relevant times hereto, Harman provided architectural services at the Michener Lofts and was responsible for the design of said lofts.

16.    If the allegations contained in Plaintiff's Second Amended Complaint relating to the Fair Housing Act violations are proven to be true, said allegations being specifically denied, then Harman was negligent in its services it provided to Joining Defendants.

17.    BSF is a limited liability corporation with a primary address of 533 Marlton Pike Unit A, Pennsauken, NJ 08109.

18.    SFB is a limited liability corporation with a primary address of 533 Marlton Pike Unit A, Pennsauken, NJ 08109.

19.    Upon information and belief SFB and BSF are interrelated and interconnected companies.

20.    BSF and SFB are hold themselves out as highly experienced, qualified, and knowledgeably electricians.

4

21.    BSF and SFB offer high-quality designs and installations for all aspects of the electrical industry.

22.    At all relevant times hereto, BSF and SFB were responsible for the electrical design and installation at Michener Lofts.

23.    Moreover, at all relevant times hereto, SFB entered into a contract with defendant Lion Construction to provide services at Michener Lofts.[2] *See* Exhibit A.

24.    Further, pursuant to the SFB contract, SFB is contractually obligated to defend and indemnify. *See* Exhibit A.

25.    If the allegations contained in Plaintiff's Second Amended Complaint relating to the Fair Housing Act violations are proven to be true, said allegations being specifically denied, then BSF and SFB were negligent in their services they provided to Joining Defendants.

26.    ETNA Construction is a corporation with a primary address of 13 Summit Square Center, Unit 210, Langhorne, PA 19047.

27.    Upon information and belief, ETNA Corporations is a corporation with a primary address of 13 Summit Square Center, Unit 210, Langhorne, PA 19047.

28.    Upon information and belief ETNA Construction and ETNA Corporations are interrelated and interconnected companies.

29.    ETNA Corporations and ETNA Construction hold themselves out as leaders in the residential and commercial conduction industry.

30.    Generally, ETNA Corporations and ETNA Construction's scope of work can range from interior fit-out of a commercial space to complete new construction of a residential apartment building.

---

[2] A true and correct copy of the SFB Contract is submitted hereto as Exhibit "A."

31.    Moreover, at all relevant times hereto, ETNA Corporations and ETNA Construction entered into contracts with defendant Lion Construction to provide services at Michener Lofts.[3] *See* Exhibits B and C.

32.    At all relevant times hereto, ETNA Corporations was responsible for the "[i]nstallation of trim, doors, locksets, millwork, moldings, kitchen cabinets, metal doors, stairwell wall and caps (east and west stairwells), stairwell handrail, kitchen cabinets, and lobby trim." *See* Exhibit B.

33.    Pursuant to the ETNA Corporations contract, ETNA Corporations is contractually obligated to defend and indemnify. *See* Exhibit B.

34.    At all relevant times hereto, ETNA Construction was responsible for the following: "1. **SCOPE OF WORK**. Subcontractor agrees to furnish all labor, materials, tools, equipment and services necessary for performance of the work as described below and as further detailed in the plans and specifications: Frame approx. 48,000 SQFT of a 5 story building. Install windows, exterior doors, and temporary stairs. Come back one time to install back framing after mechanical trades." *See* Exhibit C.

35.    Pursuant to the ETNA Construction contract, ETNA Construction is contractually obligated to defend and indemnify. *See* Exhibit C.

36.    If the allegations contained in Plaintiff's Second Amended Complaint relating to the Fair Housing Act violations are proven to be true, said allegations being specifically denied, then ETNA Corporations and ETNA Construction were negligent in theirs services they provided to Joining Defendants.

---

[3] A true and correct copy of the ETNA Corporations Contract is submitted hereto as Exhibit "B." A true and correct copy of the ETNA Construction Contact is submitted hereto as Exhibit "C."

37.    As such, pursuant to F.R.C.P. 20, and the relevant order of this Court, this Joinder Complaint is timely and appropriate.

## COUNT I

### JOINING DEFENDANTS v. ADDITIONAL DEFENDANTS INDEMNIFICATION AND/OR CONTRIBUTION

38.    Joining Defendants incorporate all preceding paragraphs as if fully set forth herein at length.

39.    Joining Defendants aver that if the allegations contained in Plaintiff's Second Amended Complaint relating to the Fair Housing Act are proven to be true, said allegations having been specifically denied, then Additional Defendants, are solely and/or jointly and separately liable and/or liable over to Joining Defendants for the claims of the Plaintiff since said violations were the result of their actions or omissions and/or the actions or omissions of their agents, servants, and employees.

40. Joining Defendants hereby assert the right to indemnification and/or contribution against Additional Defendants is pursuant common law and/or statutory law and/or Exhibits A-C for the amount of any judgment entered in favor of the Plaintiff.

**WHEREFORE** Defendants Lion Construction, LLC, Streamline Commercial Construction LLC d/b/a Streamline Philly Construction LLC, Streamline Construction Management Limited Liability Company, and Michael Stillwell demand judgment in its

favor and against Plaintiff and Additional Defendants.

**ZARWIN, BAUM, DeVITO, KAPLAN,
SCHAER & TODDY, P.C.**

**By:**     /s/ Zachary A. Silverstein
           Zachary A. Silverstein
           zsilverstein@zarwin.com
           David F. McComb
           dfmccomb@zarwin.com
           One Commerce Square
           2005 Market Street, 16th Floor
           Philadelphia, PA  19103
           215.569.2800

           Attorneys for Defendants, Lion, Streamline
           and Stillwell

Dated: June 4, 2021

# EXHIBIT A

# SUBCONTRACT AGREEMENT  -  LION CONSTRUCTION

**PROJECT: 2016 – 1617 Poplar Street**

**THIS SUBCONTRACT AGREEMENT** is made and entered into on **8th day of August, 2016** by and between **Lion Construction** ("Contractor") and **SFB Wiring System** ("Subcontractor"), as follows:

1. **SCOPE OF WORK**.  Subcontractor agrees to furnish all labor, materials, tools, equipment and services necessary for performance of the work as described below and as further detailed in the plans and specifications:

**OVERVIEW**: Price is for 43 unit building complete with service, peco approved vault, fire suppression pump wiring, elevator room and pit work, complete wiring for all dwelling units, all common areas, parking area, addressable fire alarm system, intercom and camera system.

**SERVICE**: 2000 amp service with 45 meters spaces, as well as addition meters for 600 amp fire pump system and 200 amp elevator metering. All components for the PECO approved vault, all grounding and bounding, unit panels and house panels with all branch circuit breakers. All feeders primary and secondary.

ELEVATOR POWER: feeders to elevator room, disconnects, shunt trips, control panels, and all work in the elevator pit.

UNIT PRICE: Dwelling units – wiring for all dwelling units, all power and lighting, cable ports in bedroom and living room, media box, utility wiring, plug points for appliances, recessed lighting. With LED trim kit and fire rated cover, contractor grading ceiling fans, bathroom vanity fixture and kitchen pendants. All outlets and switches are standard type, all location as per drawings.

COMMON AREAS: Wiring for all common areas, including lighting fixtures, exit signs, emergency wall packs, remote heads, common area heating and A/C units. As well as all dedicated power points for pumps ect. All common area wiring is done ins M/C type cable and EMT conduit as needed.

PARKING GARAGES: All lighting and power for main level parking garage area included lobby.

FIRE ALARM: Provide and install a silent knight model 5820XL addressable fire alarm control system. Wire and install all smoke detectors, pull stations, mini sounders, horn strobes, ect. As well as all tamper and flow sensors. System is installed as per all fire codes.

INTERCOM SYSTEM: 43 station audio/video intercom system. Supplied and installed, camera system with DVR. 2 statin keyless remote access system with 100 programmable key fobs with lg in catalog capabilities. Add 24 additional camera's throughout property.

HVAC POWER: Wire all rooftop condensers with disconnects and required service outlets were needed.

MISCELLANEOUS: Basement, gear room, power lighting and building equipment. All installations as per plan #E-2

PERMIT & INSPECTION FEES: Permit and inspection fees paid by EC

2. **APPROVAL OF WORK.**  All work to be performed in a good and workmanlike manner in accordance with industry standards, the approved plans, and City of Philadelphia building inspectors.

3. **DEBRIS AND CLEAN UP.**  Subcontractor agrees to keep any and all debris resulting from its work cleaned up at all times and to remove all waste and leftover materials from the job site at the completion of its work, leaving the premises in "broom clean" condition.  Subcontractor shall also clean up and dispose of trash, coffee cups, food wrappers, bottles, cans, food, etc. generated by its workers.  Should the Subcontractor fail to perform this work, Contractor will do it and back charge the Subcontractor accordingly for any associated costs.

4. **TAXES, INSURANCE, PERMITS AND LICENSES.** Subcontractor shall take out and pay for Workers' Compensation insurance as required by the State of Pennsylvania.  Subcontractor shall pay all sales taxes, excise taxes, old age benefit and unemployment compensation taxes on labor and material furnished under this Subcontract. Subcontractor shall make health and welfare and pension payments in accordance with any applicable union contract. Subcontractor shall obtain and comply with any permits or licenses necessary for the performance of its work under this Subcontract.

5. **PRICE AND PAYMENT.**  Contractor shall pay Subcontractor for its performance of this Subcontract the sum of **$454,280.00(Three Hundred Thirty Four Thousand Seven Hundred Forty Four).**  Invoices for completed work will be paid by 2 to 4 weeks from date invoice was received. All invoices are to be sent to

**Invoice@thestreamlinenetwork.com.**  The checklist found in the specifications section of this packet must be initialed by a Lion Construction representative and submitted with each invoice. Additional payment details (if applicable):

6. **EXTRA WORK.**  Should changes in the work occur, the Subcontractor shall, in a timely manner, submit to the Contractor, in writing, the associated cost or credit related to the change.  No claims for extra work beyond the scope of this Subcontract will be honored without prior written approval by Contractor. All extra work is only allowed to be done for cost plus eight (8) percent. Tickets will need to be handed in for material for extra work.

7. **TIME AND COMPLETION.**  Time is of the essence of this Agreement.  Subcontractor shall start and complete its work under this Agreement in accordance with such reasonable schedules set forth by the Contractor.  Subcontractor shall reimburse Contractor for any costs accumulated or penalties levied against Contractor due to the negligence or non-performance of the Subcontractor, and such costs or penalties may be deducted from the amount due to Subcontractor under this Agreement. You will be given seven (7) day notice of when you need to be on the job.

8. **DEFAULTS AND TERMINATION.**  In the event Subcontractor interferes with the general progress of the general contract by negligence or delay, or Subcontractor abandons this contract or fails or refuses to furnish labor and materials at and when required under the terms of this subcontract, the Contractor may at its election take over said Subcontract, complete the same or cause the same to be completed and

charge all sums of money so expended for the completion of this Subcontract against the Subcontractor, and Subcontractor agrees to reimburse the Contractor for any loss sustained thereby.

9.  **GUARANTEE OF WORK**.  If, within one (1) year after final acceptance of the work by the Contractor, defects should appear in materials or workmanship, the Subcontractor shall promptly repair such defects at its cost and shall leave the work as intended by the specifications.  This guarantee period of one (1) year is to apply to all portions of the work on which guarantee periods of longer duration have not been specified.

10.  **LIENS.**  The Subcontractor shall indemnify and hold harmless and protect the Owner and/or Contractor against all laborer', material men's and mechanic's liens, upon the building or premises on which the work is located, arising out of labor or materials furnished under this Agreement.  The Subcontractor agrees to provide the Contractor with a properly executed Waiver of Lien, if requested at time of payment.  A signed and notarized Final Waiver of Lien will be required prior to the issuance of final payment.

11.  **ASSIGNMENT AND SUBCONTRACTING.**  This Agreement may not be assigned or subcontracted, in full or in part, by Subcontractor without first obtaining the written consent of Contractor.  Subcontractor shall not be relieved of its full responsibility for completion of the work because of the subletting of any portion of the work.  All obligations of the Subcontractor, including all insurance requirements, shall be binding on their subcontractor, insofar as they are applicable to the work sublet.

12.  **INDEMNITY.**  To the fullest extent of the law, Subcontractor agrees to defend, indemnify, and hold Contractor harmless and, if requested by Contractor, their consultants, agents and employees of any of them, from and against any and all claims, suits, losses or liability, including attorney's fees and litigation expenses, for or on account of injury to or death of persons, including subcontractor's employees, subcontractor's subcontractors or their employees, or damage to or destruction of property, or any bond obtained for same, caused, in whole or in part, by any act or omission, or alleged act or omission, of Subcontractor, its employees or agents, but only to the extent that the "bodily injury" or "property damage" is caused by your negligence or by the negligence of those acting on the behalf of the Subcontractor.

Subcontractor's indemnification and defense obligations hereunder shall extend to Claims occurring after this Agreement is terminated as well as while it is in force, and shall continue until it is finally adjudicated that any and all actions against the Indemnified Parties for such matters which are indemnified hereunder are fully and finally barred by applicable Laws.

13.  **INSURANCE.**  Subcontractor shall provide a Certificate of Insurance prior to starting work. **Lion Construction** shall be added as an Additional Insured on each subcontractor GL policy, verified by a Certificate of Insurance and receipt of the Additionally Insured form. The Subcontractor shall carry

liability insurance and Workman's Compensation insurance and shall provide Owner with proof of such insurance. Specifically, Contractor shall maintain the following insurance requirements:

1.)  Throughout the entire term of the project, Contractor must have in place general liability insurance with limits of $1,000,000 per occurrence $2,000,000 annual aggregate.

2.)  On Contractor's general liability policy, Lion Construction, LLC will be listed as additional insured for ongoing and completed operations, with endorsements CG2010 and CG2037 issued.

3.) Coverage is to be provided on a primary and non-contributory basis, with a waiver of subrogation in favor of Lion Construction, LLC.

4.)  Lion Construction, LLC shall be provided with a 30 day notice of cancellation on all policies requested herein.

5.)  Evidence of Workers Compensation coverage must be provided with statutory limits of $100,000 bodily injury by accident /$500,000 bodily injury by disease policy limit/$100,000 bodily injury by disease each employee .

14.  **SAFETY.** Subcontractor acknowledges and represents that he/she has made an on-site inspection of the Premises and the work area so as to be familiar with all conditions, which may affect the safety and health of its employees as well as those of its Subcontractors.  Subcontractor and all of its employees shall follow all applicable safety and health laws and requirements pertaining to its work and the conduct thereof, but not limited to, compliance with all applicable laws, ordinances, rules, regulations, and orders issued by a public authority, whether federal, state or local, including OSHA and any safety measures required by Contractor.  Contractor reserves the right, but not the obligation, to inspect the safety work performance of Subcontractors to ascertain their compliance with these applicable safety provisions.  Notwithstanding the foregoing, Subcontractor, as an independent contractor, is solely responsible for controlling the manner and means by which it performs the Work pursuant to this Agreement.  Unless otherwise agreed to by the parties in writing, Subcontractor shall provide all safety equipment, materials, tools and personal protection equipment necessary to perform the work in a safe and workmanlike manner.  Subcontractor shall immediately report to Contractor all accidents, occupational injuries, and illness involving its employees or those of its Subcontractors, relating to the Work or which cause any injury to a third party or which cause damage to the property of Contractor or a third party.  Subcontractor shall promptly furnish to Contractor copies of any worker's compensation report of injury or illness forms filed by any of its employees or those of its Subcontractors and when requested, assist Contractor in any investigation it may conduct of any such accident, injury or illness.

15.  **MEDIATION AND ARBITRATION.**  Any dispute under this agreement shall be resolved in accordance with the mediation and arbitration rules for the construction industry of the American Arbitration Association.

16. **HOLD HARMLESS.** The Contractor agrees to defend, indemnify and hold Lion Construction, LLC its officers,

Page 2 of 3

officials, employees and volunteers (collectively, the "Indemnified Parties") harmless from any liability or claim for damage because of bodily injury, death, property damage, sickness, disease or loss and expense arising from the Contractors' negligence in the performance of the construction Contract or the negligence of any subcontractor, anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable. The Contractor further agrees to protect, defend and indemnify

the Indemnified Parties from any claims by laborers, subcontractors or material men for unpaid work or labor performed or materials supplied in connection with the Construction Contract.

**This Subcontract is accepted:**

By: _Paul Bonizio_
CAB6C535F9134FE...

Name: __Paul Bonizio__

Title: __Owner__

Date: __8/17/2016__

Philadelphia Licenses #: _____

Federal Tax ID # _____ (or SSN# if sole proprietor)

**Lion Construction, LLC.**
**2301 Washington Ave**
**Suite 111**
**Philadelphia, PA 19146**

By: _John Cahill_
DocuSigned by:
3970E24D9E2B4F3...

Name: __John Cahill__

Tile: __Estimator__

Date: __8/11/2016__

Page 3 of 3

**LION CONSTRUCTION LLC.**
**Exhibit "A"**
Electrical Specifications

---

I. **GENERAL INFORMATION**

   A. Purpose of this document

   This document defines both Streamline Solutions and Trade Partner responsibilities in the electrical phase of construction.  It is intended as a checklist that will define Streamline Solutions standard of quality and professionalism.  The Electrical Trade Partners' work will not be considered complete until all specifications herein contained are fully met.

   B. Relationship to other documents
   Additional Electrical information and/or requirements are defined in:

      1.     Trade Partner Agreement
      2.     Construction Release Package (CRP)
      3.     Architectural Plan
      4.     Site Plan

   C. Warranty in Labor & Materials

   Electrical Trade Partner will warrant all labor and installation for a period of 2 years.  The Trade Partner will warrant all parts for a period of 1 year.  If any work is found to be deficient or defective, Trade Partner will warrant at own expense for entire warranty period.  Trade Partner to have answering service and 24 hour emergency service.

II. **SPECIFICATIONS AND SCOPE, GENERAL**

The Electrical Trade Partner must supply all labor, tools, and equipment necessary to perform the electrical phase per plans and specifications.  This construction must be done in conformance with all specifications herein contained.

The Trade Partner shall carefully examine the site as well as the drawings, specifications, and CRP in order to fully inform himself as to the existing conditions, and to the work of others coming in conjunction with his work.

Anything which is not shown on the plans, but which is mentioned the specifications, or anything that is not expressly set forth in either, but which is reasonably implied and is required to carry out the work intended by the plans and specifications, shall be performed the same as though specifically mentioned.

Once the work has started, the supervisor assigned has the power to direct all the work from start to finish. Should there be any dispute regarding details, workmanship, discrepancies, etc., the matter will be settled immediately by the supervisor's decision and his decision shall be final.

_____
*Initial*

Should there be any delays, causing a construction time loss, the trade partner will be served a 2-day legal notice via email informing said Trade Partner that if work does not proceed within the given time, work shall be completed by others and the expense shall be deducted from the amount of the contract.

After the Trade Partner completes his work, he will be responsible for inspecting the house and completing any deficiencies before requesting payment.  The superintendent will not approve the invoice for payment until this has been attained.

III. **SPECIFICATIONS, DETAILED**

A.  Work Included

1.  Trade Partner must furnish and install all electrical fixtures (including light bulbs in all fixtures). Clear bulbs to be used wherever bulbs are visible; i.e. Strip Lights, Ext. Fixtures.

2.  All switches, outlets, and fixtures must be installed in accordance with the drawings and applicable local and national codes.

3.  Trade Partner must size electric service by N.E.C. standards and install service panel and sufficient number of circuits to safely accommodate the load. Size must be identified in bidding process.

4.  Lighting fixtures, smoke detectors, fans, and door chimes furnished must be of the model and manufacturer as specified in **MATERIAL SPECIFICATIONS.**  Smoke detector information is to be left inside cabinet drawer for customer.

5.  Trade Partner will obtain permit prior to starting work.

6.  Trade Partner will call his inspections in so that unit will be scheduled for inspection following completion of his work.

7.  Horizontal pulling of wires shall be done only where absolutely necessary on exterior walls.  All pulls to be within 12" of top or bottom plate so that insulation Trade Partner can properly insulate the cavity.

8.  Trade Partner to wire Furnaces and Air Conditioning equipment.  Furnaces to be wired during rough wiring when possible to allow for early startup of furnaces in winter conditions.

9.  All wires terminated must be in a box including vanity lights and microwaves.

10. All exterior terminations must be silicone.

11. All electrical panels are to be cut in and wired during rough.

B.  Lighting Circuits

1.  All general lighting circuits must be to code.

2.  All wiring and devices must comply with the latest National Electrical Code requirements.

_____
*Initial*

3. Switches must be as per specification.

4. Receptacles must be dual receptacle (unless otherwise required by code) grounded type as approved by the N.E.C.

5. All plates must be queen smooth plastic (white), to match finished walls and must be installed plumb and level.

6. Cable jacks to be supplied in each bedroom and living area.  Must be terminated into rear coax plate.

## IV. SPECIFICATIONS/MATERIALS

A. All products specified in **MATERIAL SPECIFICATIONS** are to be installed in allotted area in working condition.

B. No exceptions will be made unless otherwise approved by general contractor via RFI submission to the project engineer.

C. Streamline Solutions LLC will not be held responsible for any expenses incurred by changes made without formal approval.

## V. RESPONSIBILITIES

A. Streamline Solutions - Responsibilities

Streamline Solutions has the following responsibilities to the Electrical Trade Partner.

1. To supply the most timely and accurate scheduling information possible.

2. To provide regular supervision and direction from the Streamline Solutions Field Production Super.

3. To provide the following plans/drawings/information:

   a. Architectural Plans
   b. CRP
   c. Kitchen Layouts
   d. Electrical Specifications and fixture schedule

4. To supply all materials as specified in the plans.

B. Electrical Trade Partner's Responsibilities

The Electrical Trade Partner shall have the following responsibilities:

1. To completely conform to all labor and materials specifications.

2. To check accuracy of plans and CRP with Streamline Solutions Super before proceeding.

_____
*Initial*

3. Trade Partner will respond to customer service work within 24 hours from date of request.

4. Trade Partner is expected to meet Streamline Solutions weekly scheduled work as communicated.

5. To conform to all OSHA regulations and requirements

6. Trade Partner is responsible to broom clean all areas worked in, and remove all trash to dumpster or construction trash bags if dumpster is not available.

7. Attend a minimum of 1-trade partners meeting each calendar year to provide input and receive feedback on business, and be involved in the activities and processes of the Trade Partners Council.

8. **All requests for Change Orders must be received by Streamline Solutions and approved prior to work being performed. In order to manage our business efficiently, ensuring prompt payment, we cannot accept any requests after work has been done! (Please See Change Order Procedures).**

9. To supply permit prior to start of work

10. Trade partner responsible for electric hook up and verify meter is installed to be considered complete.


DATE EFFECTIVE:_____    COMPANY_____

_____        _____
LION CONSTRUCTION LLC.                              COMPANY REPRESENTATIVE
**Electrical Checklist Rough In**
   ** AS A PREREQUISITE FOR PAYMENT, THIS FORM NEEDS TO BE COMPLETED AND FILED BY
                        TRADE PARTNER FOR FUTURE REFERENCE.

**Trade Partner** _____ **Job Name/No.** _____

❑  All work complies with local, state and adopted national codes.  Areas where no local codes exist are governed by state code regulations.
❑  All parts of the system are visible for inspection.
❑  All wiring and conduit sized properly for its intended use
❑  Low voltage and specialty wiring is verified to be in correct location.
❑  Recessed lighting is installed per plans and centered over features where appropriate.
❑  Closet lighting installed to code
❑  Romex wiring installed correctly, with staples within 8" of boxes and every 41/2' per code
❑  All exterior penetrations have been silicone sealed.
❑  All exposed Romex wire is shielded in conduit.
❑  Receptacles installed to code with 2 exterior GFI's minimum.
❑  All runs within 1 1/4" from edge of stud protected with nail plate.
❑  All holes are sealed with adequate draft or firestopping product, per local code.  If no local requirement exists, all holes to be sealed with foam approved for use adjacent to romex wiring.

_____
*Initial*

❑   All Baths, Kitchens basements, garages and exterior fixtures and receptacles to be GFCI protected if
      required by code.
❑   Baths include venting where no window exists.  (Fan supplied by electrician)
❑   Breaker Panels are clearly marked.
❑   House is broom swept clean when complete.
❑   Dishwasher panel is reinstalled after wired.
❑   Inspection sticker in circuit panel

By:_____          Date:_____

_____
*Initial*

**Electrical Checklist Final**

** AS A PREREQUISITE FOR PAYMENT, THIS FORM NEEDS TO BE COMPLETED AND FILED BY TRADE PARTNER FOR FUTURE REFERENCE.

**Trade Partner** _____ **Job Name/No.** _____

- ❏ All work complies with local, state and adopted national codes.   Areas where no local codes exist are governed by state code regulations.
- ❏ Low voltage and specialty wiring is verified to be in correct location.
- ❏ Breaker Panels are clearly marked
- ❏ House is broom swept clean when complete
- ❏ Dishwasher panel is reinstalled after wired.
- ❏ Inspection sticker in/on circuit panel
- ❏ All wire clippings, boxes, wrappers, etc. removed to dumpster
- ❏ All cover plates installed flush and level, with out scratches.
- ❏ AC unit tied in
- ❏ Any holes cut in drywall are repaired by refastening the cut out piece with block of wood and drywall screws

By:_____           Date:_____

Page 7 of 9

_____
*Initial*

EXHIBIT B

## <u>SUBCONTRACT AGREEMENT  -  LION CONSTRUCTION</u>

**PROJECT: 1617-33 Poplar St, Philadelphia PA**

   **THIS SUBCONTRACT AGREEMENT** is made and entered into on by and between **Lion Construction, LLC** ("Contractor") and **Etna Corporations** ("Subcontractor"), as follows:

   1. **SCOPE OF WORK**.  Subcontractor agrees to furnish all labor, materials, tools, equipment and services necessary for performance of the work as described below and as further detailed in the plans and specifications:

   Installation of trim, doors, locksets, millwork, moldings, kitchen cabinets, metal doors, stairwell wall  and caps (east and west stairwells), stairwell handrail, kitchen cabinets, and lobby trim.

2. **APPROVAL OF WORK.**  All work to be performed in a good and workmanlike manner in accordance with industry standards, the approved plans, and City of Philadelphia building inspectors.

3. **DEBRIS AND CLEAN UP.**  Subcontractor agrees to keep any and all debris resulting from its work cleaned up at all times and to remove all waste and leftover materials from the job site at the completion of its work, leaving the premises in "broom clean" condition.  Subcontractor shall also clean up and dispose of trash, coffee cups, food wrappers, bottles, cans, food, etc. generated by its workers.  Should the Subcontractor fail to perform this work, Contractor will do it and back charge the Subcontractor accordingly for any associated costs.

4. **TAXES, INSURANCE, PERMITS AND LICENSES.** Subcontractor shall take out and pay for Workers' Compensation insurance as required by the State of Pennsylvania.  Subcontractor shall pay all sales taxes, excise taxes, old age benefit and unemployment compensation taxes on labor and material furnished under this Subcontract. Subcontractor shall make health and welfare and pension payments in accordance with any applicable union contract. Subcontractor shall obtain and comply with any permits or licenses necessary for the performance of its work under this Subcontract.

5. **PRICE AND PAYMENT.**  Contractor shall pay Subcontractor for its performance of this Subcontract the sum of **($97,000).**  Work orders will be paid in no less than 21 days from the time the specified Scope of Work was completed, and approved by a Lion Construction Project Manager. The checklist found in the specifications section of this packet must be initialed by a Lion Construction representative and submitted with each invoice. Additional payment details (if applicable):

6. **EXTRA WORK.**  Should changes in the work occur, the Subcontractor shall submit to a Lion Construction Project Engineer, in writing prior to the work being performed, the associated cost or credit related to the change.  No additional costs will be paid unless this procedure has been followed. All extra work is only allowed to be done for cost plus eight (8) percent. Tickets will need to be handed in for material for extra work.

7. **TIME AND COMPLETION.**  Time is of the essence of this Agreement.  Subcontractor shall start and complete its work under this Agreement in accordance with such reasonable schedules set forth by the Contractor.  Subcontractor shall reimburse Contractor for any costs accumulated or penalties levied against Contractor due to the negligence or non-performance of the Subcontractor, and such costs or penalties may be deducted from the amount due to Subcontractor under this Agreement. You will be given seven (7) day notice of when you need to be on the job.

8. **DEFAULTS AND TERMINATION.**  In the event Subcontractor interferes with the general progress of the general contract by negligence or delay, or Subcontractor abandons this contract or fails or refuses to furnish labor and materials at and when required under the terms of this subcontract, the Contractor may at its election take over said Subcontract, complete the same or cause the same to be completed and charge all sums of money so expended for the completion of this Subcontract against the Subcontractor, and Subcontractor agrees to reimburse the Contractor for any loss sustained thereby.

9. **GUARANTEE OF WORK**.  If, within one (1) year after final acceptance of the work by the Contractor, defects should appear in materials or workmanship, the Subcontractor shall promptly repair such defects at its cost and shall leave the work as intended by the specifications.  This guarantee period of one (1) year is to apply to all portions of the work on which guarantee periods of longer duration have not been specified.

10. **LIENS.**  The Subcontractor shall indemnify and hold harmless and protect the Owner and/or Contractor against all laborer', material men's and mechanic's liens, upon the building or premises on which the work is located, arising out of labor or materials furnished under this Agreement.  The Subcontractor agrees to provide the Contractor with a properly executed Waiver of Lien, if requested at time of payment.  A signed and notarized Final Waiver of Lien will be required prior to the issuance of final payment.

11. **ASSIGNMENT AND SUBCONTRACTING.**  This Agreement may not be assigned or subcontracted, in full or in part, by Subcontractor without first obtaining the written consent of Contractor.  Subcontractor shall not be relieved of its full responsibility for completion of the work because of the subletting of any portion of the work.  All obligations of the

Subcontractor, including all insurance requirements, shall be binding on their subcontractor, insofar as they are applicable to the work sublet.

12.  **INDEMNITY.**  To the fullest extent of the law, Subcontractor agrees to defend, indemnify, and hold Contractor harmless and, if requested by Contractor, their consultants, agents and employees of any of them, from and against any and all claims, suits, losses or liability, including attorney's fees and litigation expenses, for or on account of injury to or death of persons, including subcontractor's employees, subcontractor's subcontractors or their employees, or damage to or destruction of property, or any bond obtained for same, caused, in whole or in part, by any act or omission, or alleged act or omission, of Subcontractor, its employees or agents, but only to the extent that the "bodily injury" or "property damage" is caused by your negligence or by the negligence of those acting on the behalf of the Subcontractor.

Subcontractor's indemnification and defense obligations hereunder shall extend to Claims occurring after this Agreement is terminated as well as while it is in force, and shall continue until it is finally adjudicated that any and all actions against the Indemnified Parties for such matters which are indemnified hereunder are fully and finally barred by applicable Laws.

13.  **INSURANCE.**  Subcontractor shall provide a Certificate of Insurance prior to starting work. **<u>Lion Construction, LLC</u>** shall be added as an Additional Insured on each subcontractor GL policy, verified by a Certificate of Insurance and receipt of the Additionally Insured form. The Subcontractor shall carry liability insurance and Workman's Compensation insurance and shall provide Owner with proof of such insurance. Specifically, Contractor shall maintain the following insurance requirements:
1.)  Throughout the entire term of the project, Contractor must have in place general liability insurance with limits of $1,000,000 per occurrence $2,000,000 annual aggregate.
2.)  On Contractor's general liability policy, Lion Construction, LLC will be listed as additional insured for ongoing and completed operations, with endorsements CG2010 and CG2037 issued.
3.) Coverage is to be provided on a primary and non-contributory basis, with a waiver of subrogation in favor of Lion Construction, LLC.
4.)  Lion Construction, LLC shall be provided with a 30 day notice of cancellation on all policies requested herein.
5.)  Evidence of Workers Compensation coverage must be provided with statutory limits of $100,000 bodily injury by accident /$500,000 bodily injury by disease policy limit/$100,000 bodily injury by disease each employee .

14.  **SAFETY.** Subcontractor acknowledges and represents that he/she has made an on-site inspection of the Premises and the work area so as to be familiar with all conditions, which may affect the safety and health of its employees as well as those of its Subcontractors.  Subcontractor and all of its employees shall follow all applicable safety and health laws and requirements pertaining to its work and the conduct thereof, but not limited to, compliance with all applicable laws, ordinances, rules, regulations, and orders issued by a public authority, whether federal, state or local, including OSHA and any safety measures required by Contractor.  Contractor reserves the right, but not the obligation, to inspect the safety work performance of Subcontractors to ascertain their compliance with these applicable safety provisions.  Notwithstanding the foregoing, Subcontractor, as an independent contractor, is solely responsible for controlling the manner and means by which it performs the Work pursuant to this Agreement.  Unless otherwise agreed to by the parties in writing, Subcontractor shall provide all safety equipment, materials, tools and personal protection equipment necessary to perform the work in a safe and workmanlike manner.  Subcontractor shall immediately report to Contractor all accidents, occupational injuries, and illness involving its employees or those of its Subcontractors, relating to the Work or which cause any injury to a third party or which cause damage to the property of Contractor or a third party.  Subcontractor shall promptly furnish to Contractor copies of any worker's compensation report of injury or illness forms filed by any of its employees or those of its Subcontractors and when requested, assist Contractor in any investigation it may conduct of any such accident, injury or illness.

15.  **MEDIATION AND ARBITRATION.**  Any dispute under this agreement shall be resolved in accordance with the mediation and arbitration rules for the construction industry of the American Arbitration Association.

16. **HOLD HARMLESS.** The Contractor agrees to defend, indemnify and hold Lion Construction, LLC its officers, officials, employees and volunteers (collectively, the "Indemnified Parties") harmless from any liability or claim for damage because of bodily injury, death, property damage, sickness, disease or loss and expense arising from the Contractors' negligence in the performance of the construction Contract or the negligence of any subcontractor, anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable. The Contractor further agrees to protect, defend and indemnify the Indemnified Parties from any claims by laborers, subcontractors or material men for unpaid work or labor performed or materials supplied in connection with the Construction Contract.

**This Subcontract is accepted:**

By: _____

Name: _____

Title: _____

Date: _____

Philadelphia Licenses #: _____

Federal Tax ID # _____ (or SSN# if sole proprietor)

**Lion Construction, LLC.**
**2301 Washington Ave**
**Suite 111**
**Philadelphia, PA 19146**

By: _____

Name: John McNamara_____

Tile: Project Manager_____

Date: _12/26/17_____

Page 3 of 3

**LION CONSTRUCTION, LLC.**
**EXHIBIT "A"**
Scope Letter
Doors and Trim

I. **GENERAL INFORMATION**

A. Purpose of this document

This document defines both Lion Construction and Trade Partner responsibilities in the Carpentry phase of construction. It is intended as a checklist that will define Lion Construction's standard of quality and professionalism. The Carpentry Trade Partners' work will not be considered complete until all specifications herein contained are fully met.

B. Relationship to other documents
Additional roofing information and/or requirements are defined in:

1. Contract
2. Architectural Plan
3. Site Plan

C. Warranty in Labor & Materials

If any part of the work is found to be incorrect, or does not meet code requirements the Trade Partner will be responsible for all costs and damage incurred.

II. **SPECIFICATIONS AND SCOPE, GENERAL**

The Carpentry trade partner must supply all labor, tools, and equipment necessary to perform the Carpentry phase per plans and specifications. This construction must be done in conformance with all specifications herein contained.

The Trade Partner shall carefully examine the site as well as the drawings, specifications, and CRP in order to fully inform himself as to the existing conditions, and to the work of others coming in conjunction with his work.

Anything which is not shown on the plans, but which is mentioned in the specifications, or anything that is not expressly set forth in either, but which is reasonably implied and is required to carry out the work intended by the plans and specifications, shall be performed the same as though specifically mentioned.

Once the work has started, the supervisor assigned has the power to direct all the work from start to finish. Should there be any dispute regarding details, workmanship, discrepancies, etc., the matter will be settled immediately by the supervisor's decision and his decision shall be final.

Page 4 of 3

Should there be any delays, causing a construction time loss, the trade partner will be served a 2-day legal notice via email informing said Trade Partner that if work does not proceed within the given time, work shall be completed by others and the expense shall be deducted from the amount of the contract.

After the trade partner completes his work, he will be responsible for inspecting the building and completing any deficiencies before requesting payment. The superintendent will not approve the invoice for payment until this has been attained.

III. **SPECIFICATIONS, DETAILED**

Work Included

1. Trade Partner will check with Lion Construction Supervisor to know when to stock materials (if not purchased by Lion Construction) in unit.

2. Initial Trim and Door scope to include, but not be limited to the following:
   a. Install all interior doors (including metal doors) and associated door hardware – include door stops or floor stops
   b. Baseboards and casing
   c. Window Sills
   d. All kitchen cabinets – including doors, pulls and knobs, shelves, drawers, toe kicks, crown molding (if included), corbels or brackets (if required)
   e. All bathroom vanities – pedestal sinks and integral sink bases are installed by plumbers. This includes shelves, drawers and all knobs and pulls
   f. Bathroom accessories – mirrors, toilet paper holders, towel bars, hand towel holders, robe hooks, etc are installed by others at 1617 Poplar St.
   g. Includes installation of handicap bathroom grab bars.
   h. Closet shelving – either wood or metal closet kits – i.e. Lowe's or Home Depot installed by others at 1617 Poplar St.

3. Finish Trim Scope to include, but not be limited to the following:
   a. Shoe Molding – if required
   b. All stair and half wall caps (both stair towers); caps and trim where bedrooms have openings into kitchen.
   c. Any exposed edge should have finish trim appearance and be accounted for in the install number.
   d. Install wood handrail and brackets in both stairwells.

4. In some instances, the homes will require exterior carpentry items. These are to include, but not be limited to the following:
   a. Mailbox installation
   b. Home address numbers
   c. Exterior window box trim or shadow boxes – Azek, Certainteed, etc.

IV. **SPECIFICATIONS/MATERIALS**

A. All products specified in **MATERIAL SPECIFICATIONS** are to be installed in allotted area in

working condition.

B. No exceptions will be made unless otherwise approved by general contractor via RFI submission to the project engineer.

C. Lion Construction, LLC will not be held responsible for any expenses incurred by changes made without formal approval.

    a. Trade Partners will be responsible for installing all materials per the Lion Construction provided selection sheet. Please refer to IHMS for aforementioned information.

## V. **RESPONSIBILITIES**

A. Lion Construction - Responsibilities

Lion Construction has the following responsibilities to the Carpentry Trade Partner:

1. To supply the timeliest and most accurate scheduling information possible.

2. To provide regular supervision and direction

3. To provide the following plans/drawings/information:

    a. Architectural Plans

    b. CRP

B. Carpentry Trade Partner's Responsibilities

The Carpentry Trade Partner has the following responsibilities:

1. To check accuracy of plans and CRP.

2. To completely conform to all labor and materials specifications.

3. Trade Partner is expected to meet weekly schedule.

4. Trade Partner will respond to customer service work within 24 hours from date of request.

5. To provide full-time responsible job foreman for active job sites; and/or periodic supervision when starting new job sites.

6. To conform to all OSHA regulations and requirements.

7. There shall be no eating/smoking in any unit during final work

8. Attend a minimum of 1-trade partners meeting each calendar year to provide input and receive

feedback on business, and be involved in the activities and processes of the Trade Partners Council.

9. **All requests for Change Orders must be approved by Lion Construction prior to work being started.  In order to manage our business efficiently, ensuring prompt payment, we cannot accept any requests after work has begun!**  (Please See Change Order Procedures)


DATE EFFECTIVE: _____12/26/17_____        COMPANY: _____


_____        _____
**LION CONSTRUCTION**                      **COMPANY REPRESENTATIVE**
**REPRESENTATIVE**

# Doors and Trim Final Checklist

\*\* AS A PREREQUISITE FOR PAYMENT, THIS FORM NEEDS TO BE COMPLETED AND FILED BY TRADE PARTNER FOR FUTURE REFERENCE.

**Trade Partner** _____ **Job/Lot**_____

- ❑ Install scribe molding, kick plates, drawers, shelves, pulls, knobs and hinges etc. in kitchen cabinets.
- ❑ Plumb and level all cabinet doors.
- ❑ Ensure all hardware is plumb and level after cabinet doors have been leveled.
- ❑ If base is installed prior to hardwood, there must be a gap. Confirm with PM.
- ❑ Plinth block installed on staircases.
- ❑ Verify all doorstops are installed.
- ❑ Verify kneewall cap with PM.
- ❑ Verify all doors open and close correctly.

By: _____

Date: _____

_____

*Initial*

EXHIBIT C

## SUBCONTRACT AGREEMENT  -  LION CONSTRUCTION

**PROJECT: 2016 – 1617 Poplar Street**

         **THIS SUBCONTRACT AGREEMENT** is made and entered into on **28th day of July, 2016** by and between **Lion Construction** ("Contractor") and **ENTA Construction** ("Subcontractor"), as follows:

      1. **SCOPE OF WORK**.  Subcontractor agrees to furnish all labor, materials, tools, equipment and services necessary for performance of the work as described below and as further detailed in the plans and specifications:
Frame approx. 48,000 SQFT of a 5 story building. Install windows, exterior doors, and temporary stairs. Come back one time to install back framing after mechanical trades.

2. **APPROVAL OF WORK.**  All work to be performed in a good and workmanlike manner in accordance with industry standards, the approved plans, and City of Philadelphia building inspectors.

3. **DEBRIS AND CLEAN UP.**  Subcontractor agrees to keep any and all debris resulting from its work cleaned up at all times and to remove all waste and leftover materials from the job site at the completion of its work, leaving the premises in "broom clean" condition.  Subcontractor shall also clean up and dispose of trash, coffee cups, food wrappers, bottles, cans, food, etc. generated by its workers.  Should the Subcontractor fail to perform this work, Contractor will do it and back charge the Subcontractor accordingly for any associated costs.

4. **TAXES, INSURANCE, PERMITS AND LICENSES.**  Subcontractor shall take out and pay for Workers' Compensation insurance as required by the State of Pennsylvania.  Subcontractor shall pay all sales taxes, excise taxes, old age benefit and unemployment compensation taxes on labor and material furnished under this Subcontract.  Subcontractor shall make health and welfare and pension payments in accordance with any applicable union contract.  Subcontractor shall obtain and comply with any permits or licenses necessary for the performance of its work under this Subcontract.

5. **PRICE AND PAYMENT.**  Contractor shall pay Subcontractor for its performance of this Subcontract the sum of **$334,744.00(Three Hundred Thirty Four Thousand Seven Hundred Forty Four).**  Invoices for completed work will be paid by 2 to 4 weeks from date invoice was received. All invoices are to be sent to **Invoice@thestreamlinenetwork.com.**  The checklist found in the specifications section of this packet must be initialed by a Lion Construction representative and submitted with each invoice. Additional payment details (if applicable):

6. **EXTRA WORK.**  Should changes in the work occur, the Subcontractor shall, in a timely manner, submit to the Contractor, in writing, the associated cost or credit related to the change.  No claims for extra work beyond the scope of this Subcontract will be honored without prior written approval by Contractor. All extra work is only allowed to be done for cost plus eight (8) percent. Tickets will need to be handed in for material for extra work.

7. **TIME AND COMPLETION.**  Time is of the essence of this Agreement.  Subcontractor shall start and complete its work under this Agreement in accordance with such reasonable schedules set forth by the Contractor.  Subcontractor shall reimburse Contractor for any costs accumulated or penalties levied against Contractor due to the negligence or non-performance of the Subcontractor, and such costs or penalties may be deducted from the amount due to Subcontractor under this Agreement. You will be given seven (7) day notice of when you need to be on the job.

8. **DEFAULTS AND TERMINATION.**  In the event Subcontractor interferes with the general progress of the general contract by negligence or delay, or Subcontractor abandons this contract or fails or refuses to furnish labor and materials at and when required under the terms of this subcontract, the Contractor may at its election take over said Subcontract, complete the same or cause the same to be completed and charge all sums of money so expended for the completion of this Subcontract against the Subcontractor, and Subcontractor agrees to reimburse the Contractor for any loss sustained thereby.

9. **GUARANTEE OF WORK**.  If, within one (1) year after final acceptance of the work by the Contractor, defects should appear in materials or workmanship, the Subcontractor shall promptly repair such defects at its cost and shall leave the work as intended by the specifications.  This guarantee period of one (1) year is to apply to all portions of the work on which guarantee periods of longer duration have not been specified.

10. **LIENS.**  The Subcontractor shall indemnify and hold harmless and protect the Owner and/or Contractor against all laborer', material men's and mechanic's liens, upon the building or premises on which the work is located, arising out of labor or materials furnished under this Agreement.  The Subcontractor agrees to provide the Contractor with a properly executed Waiver of Lien, if requested at time of payment.  A signed and notarized Final Waiver of Lien will be required prior to the issuance of final payment.

11. **ASSIGNMENT AND SUBCONTRACTING.**  This Agreement may not be assigned or subcontracted, in full or in part, by Subcontractor without first obtaining the written consent of Contractor.  Subcontractor shall not be relieved of its full responsibility for completion of the work because of the

subletting of any portion of the work. All obligations of the Subcontractor, including all insurance requirements, shall be binding on their subcontractor, insofar as they are applicable to the work sublet.

12. **INDEMNITY.** To the fullest extent of the law, Subcontractor agrees to defend, indemnify, and hold Contractor harmless and, if requested by Contractor, their consultants, agents and employees of any of them, from and against any and all claims, suits, losses or liability, including attorney's fees and litigation expenses, for or on account of injury to or death of persons, including subcontractor's employees, subcontractor's subcontractors or their employees, or damage to or destruction of property, or any bond obtained for same, caused, in whole or in part, by any act or omission, or alleged act or omission, of Subcontractor, its employees or agents, but only to the extent that the "bodily injury" or "property damage" is caused by your negligence or by the negligence of those acting on the behalf of the Subcontractor.

Subcontractor's indemnification and defense obligations hereunder shall extend to Claims occurring after this Agreement is terminated as well as while it is in force, and shall continue until it is finally adjudicated that any and all actions against the Indemnified Parties for such matters which are indemnified hereunder are fully and finally barred by applicable Laws.

13. **INSURANCE.** Subcontractor shall provide a Certificate of Insurance prior to starting work. **Lion Construction** shall be added as an Additional Insured on each subcontractor GL policy, verified by a Certificate of Insurance and receipt of the Additionally Insured form. The Subcontractor shall carry liability insurance and Workman's Compensation insurance and shall provide Owner with proof of such insurance. Specifically, Contractor shall maintain the following insurance requirements:
1.) Throughout the entire term of the project, Contractor must have in place general liability insurance with limits of $1,000,000 per occurrence $2,000,000 annual aggregate.
2.) On Contractor's general liability policy, Lion Construction, LLC will be listed as additional insured for ongoing and completed operations, with endorsements CG2010 and CG2037 issued.
3.) Coverage is to be provided on a primary and non-contributory basis, with a waiver of subrogation in favor of Lion Construction, LLC.
4.) Lion Construction, LLC shall be provided with a 30 day notice of cancellation on all policies requested herein.
5.) Evidence of Workers Compensation coverage must be provided with statutory limits of $100,000 bodily injury by accident /$500,000 bodily injury by disease policy limit/$100,000 bodily injury by disease each employee .

14. **SAFETY.** Subcontractor acknowledges and represents that he/she has made an on-site inspection of the Premises and the work area so as to be familiar with all conditions, which may

affect the safety and health of its employees as well as those of its Subcontractors. Subcontractor and all of its employees shall follow all applicable safety and health laws and requirements pertaining to its work and the conduct thereof, but not limited to, compliance with all applicable laws, ordinances, rules, regulations, and orders issued by a public authority, whether federal, state or local, including OSHA and any safety measures required by Contractor. Contractor reserves the right, but not the obligation, to inspect the safety work performance of Subcontractors to ascertain their compliance with these applicable safety provisions. Notwithstanding the foregoing, Subcontractor, as an independent contractor, is solely responsible for controlling the manner and means by which it performs the Work pursuant to this Agreement. Unless otherwise agreed to by the parties in writing, Subcontractor shall provide all safety equipment, materials, tools and personal protection equipment necessary to perform the work in a safe and workmanlike manner. Subcontractor shall immediately report to Contractor all accidents, occupational injuries, and illness involving its employees or those of its Subcontractors, relating to the Work or which cause any injury to a third party or which cause damage to the property of Contractor or a third party. Subcontractor shall promptly furnish to Contractor copies of any worker's compensation report of injury or illness forms filed by any of its employees or those of its Subcontractors and when requested, assist Contractor in any investigation it may conduct of any such accident, injury or illness.

15. **MEDIATION AND ARBITRATION.** Any dispute under this agreement shall be resolved in accordance with the mediation and arbitration rules for the construction industry of the American Arbitration Association.

16. **HOLD HARMLESS.** The Contractor agrees to defend, indemnify and hold Lion Construction, LLC its officers, officials, employees and volunteers (collectively, the "Indemnified Parties") harmless from any liability or claim for damage because of bodily injury, death, property damage, sickness, disease or loss and expense arising from the Contractors' negligence in the performance of the construction Contract or the negligence of any subcontractor, anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable. The Contractor further agrees to protect, defend and indemnify the Indemnified Parties from any claims by laborers, subcontractors or material men for unpaid work or labor performed or materials supplied in connection with the Construction Contract.

**This Subcontract is accepted:**

By: _Steve Mello_
       10DA1327F7D24B8...

Name:     STEVE MELLO

Title:     PRESIDENT

Date:     8/8/2016

Philadelphia Licenses #: _____

Federal Tax ID # _____ (or SSN# if sole proprietor)

**Lion Construction, LLC.**
**2301 Washington Ave**
**Suite 111**
**Philadelphia, PA 19146**

By: _John Cahill_
       3970E24D9E2B4F3...

Name:     John Cahill

Tile:     Big Boss

Date:     8/8/2016

Page 3 of 3

**LION CONSTRUCTION**
**EXHIBIT "A"**
Specifications
Framing Labor

## I. GENERAL INFORMATION

A. Purpose of this document

This document defines both Lion Construction and Trade Partner responsibilities in the Framing Labor phase of construction. It is intended as a checklist that will define Streamline Solutions standard of quality and professionalism. The Framing Labor Trade Partners' work will not be considered complete until all specifications herein contained are fully met.

B. Relationship to other documents
Additional Framing Labor information and/or requirements are defined in:

1.    Trade Partner Agreement
2.    Construction Release Package (CRP)
3.    Architectural Plan

C. Warranty in Labor & Materials

If any part of the work is found to be incorrect, the Trade Partner will be responsible for all costs and damage incurred.

## II. SPECIFICATIONS AND SCOPE, GENERAL

The Framing Labor Trade Partner must supply all labor, tools, and equipment necessary to perform the Framing phase per plans and specifications. This construction must be done in conformance with all specifications herein contained.

The Trade Partner shall carefully examine the site as well as the drawings, specifications, and CRP in order to fully inform himself as to the existing conditions, and to the work of others coming in conjunction with his work.

Anything which is not shown on the plans, but which is mentioned the specifications, or anything that is not expressly set forth in either, but which is reasonably implied and is required to carry out the work intended by the plans and specifications, shall be performed the same as though specifically mentioned.

Once the work has started, the supervisor assigned has the power to direct all the work from start to finish. Should there be any dispute regarding details, workmanship, discrepancies, etc., the matter will be settled immediately by the supervisor's decision and his decision shall be final.

Should there be any delays, causing a construction time loss, the sub-Trade Partner will be served a 2-day legal notice via email informing said Trade Partner that if work does not proceed within the given time, work shall be completed by others and the expense shall be deducted from the amount of the contract.

After the Trade Partner completes his work, he will be responsible for inspecting the house and completing any deficiencies before requesting payment.  The supervisor will not approve the invoice for payment until this has been attained.

## III. **SPECIFICATIONS, DETAILED**

A. Beams, Stanchions and Bearing Walls

1. Beams shall be installed with a center crown of 3/16" and shimmed to correct for beam pocket imperfections, if necessary.  Only steel or solid masonry materials may be used for shim.

2. Stanchions shall be plumb and set on solid bearing, with adjustable end down, as per drawings.

B. Floor Systems – I Joists

1. Plate insulation (sill sealer) shall be installed along the entire perimeter of the foundation with no voids.

.       a. Trade Partner  to install correct insulation per plan where any cantilever extends beyond 12" from foundation.

2. Plates shall be installed, per plan, and must be anchored to the foundation, with either straps or bolts, in accordance with the plan, local codes, and manufacturing specification.

3. Joists and hangers shall be installed per the joist layout drawing, and conform to all I Joist manufacturers specifications and details.  Framer to plot critical bath locations on joist layout and offset joists accordingly to avoid any sewer drains.  Framer to then notify Lion Construction superintendent and Lumber supplier as to revisions to ensure compliance with code.

4. Subflooring is to be installed per plan and the following specifications:

a. Approved adhesive is to be applied at the rate of (1) 32oz. tube per two and one-half sheets; sheets are to be glued and placed and nailed one at a time; surfaces to be glued must be clean; all T&G must be glued per manufacturer's specifications.

b. 1/8" spacing shall be provided for expansion at all joints per manufacturer.

c. Nailing pattern to be 6" OC @ edge and 8" OC in the field; all fasteners that miss or edge joists are to be removed and replaced.

d. All broken T&G joints are to be blocked.

e. Damaged or broken sub-flooring shall be blocked or replaced, and called to the attention of the Lion Construction super.

f. Grade stamps to be face down.

DocuSign Envelope ID: 2FB4851C-651E-43A1-814D-C0AEC020E4B7   Case 2:20-cv-02412-CMR   Document 29   Filed 06/04/21   Page 34 of 40

Framing Specifications

C. <u>Floor Systems - Stairs</u>

   1. Interior stairs shall be leveled, shimmed and nailed, through the underside of the stringer to the adjacent wall. Nails shall be placed two per adjacent stud minimum. (10 D finish nails only – all   force nailing and exposed nails shall be 10 D nails.)

   2. Basement stair stringer at bottom shall have plastic or felt placed between stringer and concrete floor.

   3. Stairs to be shimmed as required for upgraded flooring.

   4. Temporary interior and exterior stairs are to be built as needed and/or requested by Lion Construction.

D. <u>Wall Systems</u>

   1. All exterior walls and partitions are to be set and plumbed, per plan.

   2. Ten inch metal flashing to be installed under all exterior doors.

   3. Window and door units are to be installed per plan and manufacturer's specifications. Window and door units shall be shimmed and padded, as necessary. The Framing Trade Partner is responsible for damage done to windows and doors during this phase. Exterior door sills shall be set in caulk and panning supplied. Flashing to be installed at all exterior doors. 6" into opening and run down beyond sill plate.

     a. All windows will have 6" flexible tape (installed by Trade Partner).

   4. Once installed, all windows are to remain closed and locked.

   5. The back edge of the brick mould trim on all doors and flanges on windows shall be caulked with a continuous bead of silicone sealant and set square and shimmed plumb and level.

   6. All walls to be set plumb and square. Kitchen and bathroom shall be dimensionally accurate.

   7. Solid block under all header jacks between joists under point loads.

   8. Wood beams in lieu of steel shall be glued and nailed as required, or specified.

   9. Temporary Door locks shall be installed as supplied.

   10. Shim all headers as necessary.

   11. Square and plumb all walls replacing bowed studs as necessary.

E. <u>Roof Systems</u>

   1. Trusses and rafters shall be erected, per plan. The Framing Trade Partner shall supply a

DocuSign Envelope ID: 2FB4851C-651E-43A1-8A4D-C0AEC020E4B7   Case 2:20-cv-02412-CMR   Document 29   Filed 06/04/21   Page 35 of 40

Framing Specifications

crane, if necessary, for truss erection.

2. 7/16" oriented strand board sheathing shall be installed, with nails placed 6" OC on the perimeter and 12" OC in field.

3. Roof and truss braces shall be installed, per truss engineer's details.

4. Fire rated plywood must be used on adjacent sides of building 4' in as per code.

5. Plywood flashing to adjacent roofs or existing structures.

F. Blocking, Nailers

1. All blocking shall be installed per plan and local codes.  2x4 blocking must be installed for shower doors, and pan, corners, kitchen cabinets, tub surrounds, and handrails.

2. All nailers shall be installed per plan and local codes.

3. 2x4 backers shall be installed, per local code.

4. Fire stopping shall be installed per local code.

5. All bulkheads are to be field built with kitchen and bath bulkheads to be framed per plan.

G. Exteriors

1. The Framing Trade Partner shall install all wood exterior trim, facia and subfacia, per plan.

   a. Proper sheeting must be used depending on drawing and wind bracing spec.

   b. Fire rated sheeting is to be used where shown on plan.

H. Return Trip

The Framing Trade Partner shall return to each house, as scheduled, to:

1. Install optional stairs.

2. Complete punch-out for local framing inspection.

3. Build all needed soffits.

4. Insulate and sheath all canter levered areas.

I. Cleaning
   1. House to be broom cleaned and all trash, scrap and debris removed from house and placed in trash dumpster! (**Throughout Each Day** – See Exhibit E)

Framing – 1/13/2015

_____
*Initial*

DocuSign Envelope ID: 2FB4851C-C51E-43A1-8A4D-CC0AEC020E4B7    Case 2:20-cv-02412-CMR    Document 29    Filed 06/04/21    Page 36 of 40

Framing Specifications

2. Trash shall not accumulate, rather shall be controlled **daily**.

3. All useable wood left over shall be neatly stacked on site.

IV. **MATERIALS**

The Framing Trade Partner shall supply all nails, as specified.  Nailing schedules shall conform to both the specifications noted in this document and those of the I.B.C. 2003.

NAIL/SCREW TYPE                                    USE
12 d common sinker...................................................General framing
8 d sinker..................................................................Roof sheathing
10 d **galvanized ring shank**. ..................................Subflooring
3" concrete nail/cut nail ...........................................Plates on grade, furring, and foundation walls
2-1/2" long brass screws ..........................................Front door hinge
TECO Nails………………………………………….All truss and joist hangers
No staples to be used.

V. **RESPONSIBILITIES**

A. Lion Construction - Responsibilities

Lion Construction has the following responsibilities to the Framing Trade Partner:

1. To supply the most timely and accurate scheduling information possible.

2. To provide regular supervision and direction from the Superintendent and/or Project Manager.

3. To provide the following plans/drawings/information:

   a. Architectural Plans
   b. CRP
   c. Shop Drawings (Framing Layouts)
   d. Framing Specifications

4. To supply all materials, as specified in the plans.

B. Framing Trade Partner's Responsibilities

The Framing Trade Partner shall have the following responsibilities:

1. To check accuracy of plans and selection sheet with Superintendent before proceeding.

2. Trade Partner is expected to meet Streamline Solutions weekly schedule.

Framing – 1/13/2015

_____
*Initial*

DocuSign Envelope ID: 2FB4851C-C51E-43A1-811D-C0AEC020E4B7    Case 2:20-cv-02412-CMR    Document 29    Filed 06/04/21    Page 37 of 40

Framing Specifications

3. Trade Partner will respond to customer service work **within 24 hours** from date of request and if necessary will attend to customer service items before attending to new production work.

4. To completely conform to all labor and materials specifications; supply nails & straps per specification.

5. To complete and sign the Framing Carpentry Checklist upon job completion; as well as all necessary corrections for Township inspections.

6. Supply own power (generator).

7. Report mistakes and shortages/extra materials immediately.

8. To review all panel and wind bracing plans as part of specifications.

9. Receive and manage all deliveries pertaining to their scope.

10. Install safety rails per OSHA guidelines.

12. To comply with all OSHA regulations and requirements.

13. Attend a minimum of 1-Trade Partners meeting each calendar year to provide input and receive feedback on business, and be involved in the activities and processes of the Trade Partners Council.

14. **All requests for Change Orders must be approved by Lion Construction prior to work being started. In order to manage our business efficiently, ensuring prompt payment, we cannot accept any requests after work has begun! (Please See Change Order Procedures)**

15. Please see exhibit E (NO TRASH POLICY)

16. Build and secure steps for front door access.

17. Build and secure wood ladders if stairs are not on site for installation.

DATE EFFECTIVE: _____          COMPANY: _____

_____          _____
**LION CONSTRUCTION**                      **COMPANY REPRESENTATIVE**
**REPRESENTATIVE**

### Framing Checklist

**Trade Partner** _____ **Job Name/No.** _____

❑    All work must comply with local, state, and adopted national codes.

#### Floor Support

❑    Posts are properly secured and plumb in correct locations under bearing points.
❑    All posts are thru-bolted to steel beams.
❑    Beams placed with camber up and with proper bearing.
❑    Beam supports are tight against beam.
❑    Girder splices are placed over bearing points.
❑    Beams are protected from moisture at concrete and masonry beam pockets and bear on non-compressible material (steel shims).
❑    Squash Blocks installed where required, including at intermediate beams at I joists per mfg. Requirements.
❑    Cantilevers are blocked and braced properly.

#### Floors

❑    Treated (pressure treated) sill plate material is used against concrete or masonry.
❑    Sill plates are secured to the foundation with j-bolts or anchors every 6'.  Each sill plate has at least 2 bolts/anchors and bolts/anchors are within 12" of each end of the plate.  Straps, where used are nailed to sill plate per manufacturers specifications and code.
❑    Joist spans and layout according to plans.
❑    Minimum bearing for joists is 1-1/2" on wood and steel and 3" on masonry.
❑    Minimum overlap of joists from opposite sides of a beam is 3".
❑    Notches should not exceed 1/6 the depth of the joist.  Notches on the ends of joists can be 1/4 the depth of the joist.  No notches are permitted in the middle 1/3 span of the joist.
❑    Holes bored in joists are not within 2" of the edges and the diameter do not exceed 1/3 the depth of the joist.  Holes in I joists meet mfg. Specifications.
❑    Joist framing into the side of a wood girder is supported by framing anchors.
❑    Subfloor has all square edges blocked or nailed to joists.
❑    Subfloor is glued and nailed with 8d nails - 6" O.C. on edges and 12" O.C. at intermediate supports.
❑    Damaged Subfloor replaced or solid blocked and nailed properly.

#### Walls

❑    Pressure treated plates are used against concrete or masonry.
❑    Plans are checked for proper stud size and spacing.
❑    Top plates are not lapped less than 48".  Splices are in the middle of studs.
❑    Trimmers or jack studs fit tightly against headers.
❑    Holes are limited to 40% of the stud width for bearing walls and 60 % for non-bearing walls.
❑    Backing installed for drywall, cabinets, railings, door stops, etc.
❑    Sheathing nailed properly— 6" O.C. around edges and 12" O.C. at intermediate supports.
❑    Sheathing installed with no gaps.
❑    Walls plumb and straight to within 1/8" in 8'.

Framing – 1/13/2015

_____
*Initial*

DocuSign Envelope ID: 2FB4851C-C51E-43A1-8A4D-C0AEC020E4B7 Case 2:20-cv-02412-CMR Document 29 Filed 06/04/21 Page 39 of 40

Framing Specifications

❑ Door rough openings are plumb, square, and the proper sizes.
❑ Panel joints nailed 16"o.c. with 12d sinker.
❑ Firestopping installed at all concealed draft openings, both horizontal and vertical.
❑ Walls with single top plates are tied to intersecting walls with 1/8" x 1-1/2" metal straps or 2x lumber 16" long and fastened with 2-16d nails on each side of the joint.
❑ Garage door trim is installed and garage door track support is in place.

**Roofs**

❑ Rafters installed to plate with 3-8d nails.
❑ Trusses are set so that peaks and vaults are aligned.
❑ Truss bracing is installed according to truss engineering details.
❑ Gable end bracing installed and secured to a bearing wall.
❑ Truss hangers flush to the bottom of trusses.
❑ 2 x 4 strongbacks installed and bottom chord of trusses spaced correctly.
❑ Roof sheathing secured with min. 6d nails 6" O.C. around edges and 12" O.C. at intermediate supports.
❑ Waferboard/OSB is gapped 1/8".
❑ Barge rafters blocked or supported with lookouts every 48" O.C.
❑ Attic accesses installed with 12" side walls and 30" clearance above.
❑ All facia is straight and secured at splices.
❑ Firestop installed at each plate line.
❑ Rafter and truss ties are installed.

**Miscellaneous**

Doors
❑ Verify location of doors - ±1".
❑ Doors are plumb to within 1/8" in 6' 8".
❑ Doors open and close easily and latch snugly against weather stripping.
❑ A 1/8" reveal around the door and the jamb is uniform.
❑ All arch openings to be marked for drywall wrap or not (to be done by Lion Construction personnel).

Windows
❑ Verify location of windows to within ±1" and ±1/8" in the kitchen.
❑ Windows are installed level and square, caulked and taped.
❑ Windows open and close easily.  Windows latch securely.
❑ Weep holes are on the bottom and drain out.
❑ Rough window sills for bedroom egress windows is not more than 42-1/2" from the floor.

Stairs
❑ Temporary guardrails and handrails are installed.
❑ Minimum headroom is 6' 8".
❑ Maximum unit rise is 7-3/4".
❑ Minimum unit run is 10".
❑ Maximum variance between any two risers, or any two treads, is 3/8".
❑ Stair nosings extend past the risers about 1".
❑ Stairs are set to accommodate flooring (hardwood/vinyl/ceramic/carpet).
❑ Oak staircases protected.

Framing – 1/13/2015

_____
*Initial*

<u>Chases</u>
- ❑ Fire-blocking is installed at roof lines and between floor levels.
- ❑ Chases are braced and anchored.
- ❑ Chases are provided with roof saddles or crickets on the up-side slope of the roof.

<u>Clean-up</u>
- ❑ All lumber scraps are put into a dumpster or trash pile.
- ❑ All extra lumber is neatly stacked and covered.
- ❑ All floors are swept clean of nails, sawdust, scraps and trash.

<u>Other</u>
- ❑ Stand back and look at the house from a distance and from all sides of the house to see that the structure appears correct, centered, straight, square, plumb, and level.
- ❑ Porch Post set and plumbed.  (when porch poured prior to completion of punch out)
- ❑ Tub deck set to proper height.
- ❑ Tub and vanity openings set to proper width and square, plumb and level.
- ❑ Exterior Deck band board is installed using galv. Nails or screws with tyvek or alum. Flashing behind (and solid blocking is used behind band board for proper securing of deck).