IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SJ LOFTS, LLC, et al.,**<br><br>　　　　　　　　**Defendants.** | **CIVIL ACTION NO. 20-2412** |

## ORDER

**AND NOW,** this 7th day of July 2021, upon consideration of Defendants' motion to dismiss [Doc. No. 22] and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part.** Plaintiff's claims against Michael Stillwell are **DISMISSED without prejudice**. The Motion is otherwise **DENIED.**

　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**