## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FAIR HOUSING RIGHTS CENTER
IN SOUTHEASTERN
PENNSYLVANIA

                    Plaintiff,                          CIVIL ACTION NO.  20-2412

           v.

SJ LOFTS, LLC, *et al.*

                    Defendant.

## ORDER

     **AND NOW,** this 28th day of March 2023, it having been reported that all parties in the

above-captioned litigation have reached an agreement to settle outstanding claims and defenses

herein,[1] it is hereby **ORDERED** that pursuant to the provisions of Local Rule of Civil Procedure

41.1(b), this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without

costs.

     The Clerk of Court is directed to **CLOSE** the case.

     It is so **ORDERED.**

                            **BY THE COURT:**

                            **/s/ Cynthia M. Rufe**

                            **CYNTHIA M. RUFE, J.**

---

[1] *See* Not. of Settlement [Doc. No. 55].